# THOMAS J. KALISH

| | *Attorney and Counselor at Law* | |
|---|---|---|
| Fax | | Admitted in all N.Y. Courts |
| (631) 225-7198 | **211 S. Wellwood Ave., Suite E** | U.S.D.C. Eastern District |
| *tkalishlaw@aol.com* | **LINDENHURST, NY   11757** | U.S.D.C. Southern District |

**(631) 225-7183**

October 6, 2017

**By ECF**
Hon. James L. Cott
United States District Judge
United States Courthouse
500 Pearl Street New York, NY 10007

**RE:   Jose Luis Pastor v. Alice Cleaners, Inc. (d/b/a Alice Dry Cleaners), Chan Choi and Michael Sakhalsy, # 16 Civ. 7264(JMF) (JLC)**

To The Court:

Defense counsel, having reviewed the Plaintiff's damages chart and calculations in this case, take no position with respect to Plaintiff's damages calculations.  Further, Defendants take no position with respect to Plaintiff's request and calculation for attorney's fees.

                                         Sincerely,

                                         *Thomas J. Kalish*

                                         Thomas J. Kalish

cc: file, Colin Mulholland